**William Jude HART, Appellant,**

v.

**Leann K. BERTSCH; Timothy Schuetzle; Kathy Bachmeier, in their individual and official capacities, Appellees.**

No. 08-1396.

United States Court of Appeals, Eighth Circuit.

Submitted: June 18, 2009.

Filed: June 22, 2009.

William Jude Hart, Bismarck, ND, for Appellant.

Trent W. Mahler, Douglas Alan Bahr, Attorney General's Office, Bismarck, ND, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Inmate William Jude Hart appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Mason v. Corr. Med. Servs., Inc.,* 559 F.3d 880, 884-85 (8th Cir.2009) (standard of review), we find no basis for reversal. We also find no abuse of discretion in the denial of Hart's motion for appointment of counsel. *See Phillips v. Jasper County Jail,* 437 F.3d 791, 794 (8th Cir.2006) (standard of review and factors). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota.